Exhibit C

Case 3:04-cv-30083-MAP   Document 1-2   Filed 05/04/2004   Page 1 of 10

| B. Type of Loan | | | |
|---|---|---|---|
| Case No. <br> 1. ☒ FHA  2. ☐ FmHA  3. ☐ Conv. Unins. <br> 4. ☐ VA   5. ☐ Conv. Ins. | 6. File Number | 7. Loan Number <br> 6447415 | 8. Mortgage Insurance <br> 251-2543906-703-203 |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME AND ADDRESS OF BORROWER: THERESA LUSCIERBELINI
RICHARD LUSCIERBELINI
646 BARBOUR STREET
NORTH ADAMS, MA 01247

E. NAME AND ADDRESS OF SELLER:

F. NAME AND ADDRESS OF LENDER: FOUNDATION FUNDING GROUP, INC.
3627 W. WATERS AVENUE, SUITE 800
TAMPA, FL 33614

G. PROPERTY LOCATION: 546 BARBOUR STREET
NORTH ADAMS, MA 01247

H. SETTLEMENT AGENT: REALTY REPORTS
PLACE OF SETTLEMENT: 242 OLD COUNTRY RD, STE 101
MINEOLA, NY 11501

I. SETTLEMENT DATE: DECEMBER 29, 2000

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (from line 1400) | 12762.30 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | | ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | |
| 106. City/town taxes     to | | 406. City/town taxes     to | |
| 107. County taxes        to | | 407. County taxes        to | |
| 108. Assessments         to | | 408. Assessments         to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER:** | $ 12762.30 | **420. GROSS AMOUNT DUE TO SELLER:** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 102750.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | | ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | |
| 210. City/town taxes   to | | 510. City/town taxes   to | |
| 211. County taxes      to | | 511. County taxes      to | |
| 212. Assessments       to | | 512. Assessments       to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER:** | $ 102750.00 | **520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER:** | $ 0.00 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from borrower (line 120) | 12762.30 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | ( 102750.00 ) | 602. Less total reductions in amount due seller (line 520) | ( ) |
| 303. CASH ☐ FROM ☒ TO BORROWER: | $ 89987.70 | 603. CASH ☐ TO ☐ FROM SELLER: | $ 0.00 |

HUD - 1 (3-86)
RESPA, HB 4305.2

Page 1 of 2

Doc Prep Plus, Inc.

| | BASED ON PRICE @ % = | BORROWER'S FUNDS AT SETTLEMENT | SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 701. | to | | |
| 702. | to | | |
| 703. | Commission paid at Settlement | | |
| 704. | | | |

**800. ITEMS PAYABLE IN CONNECTION WITH LOAN**

| | | | |
|---|---|---|---|
| 801. Loan Origination fee | 1.000 % FOUNDATION FUNDING GROU | $1007.50 | |
| 802. Loan Discount | 7.000 % FOUNDATION FUNDING GROU | $7192.50 | |
| 803. Appraisal fee to | | $350.00 | |
| 804. Credit report to: | | | |
| 805. Lender's Inspection fee | | | |
| 806. Mortgage insurance application fee | | | |
| 807. Document Preparation Fee  TRADEWINDS | | $125.00 | |
| 808. CREDIT REPORT | | $18.00 | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 815. | | | |

**900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE**

| | | | |
|---|---|---|---|
| 901. Interest from 1/4/01 TO 2/1/01 @ $ 19.71/DAY | | $551.88 | |
| 902. Mortgage insurance premium for mos. to FOUNDATION FUNDING GROUP | | $2015.00 | |
| 903. Hazard insurance premium for 1 yrs. to | 329.00 B | | |
| 904. Flood insurance Premium for yrs. to | | | |
| 905. | | | |

**1000. RESERVES DEPOSITED WITH LENDER**

| | | | |
|---|---|---|---|
| 1001. Hazard Insurance | 10 months @ $ 27.42 per month | $274.20 | |
| 1002. Mortgage Insurance | months @ $ per month | | |
| 1003. City property taxes | months @ $ per month | | |
| 1004. County property taxes | 5 months @ $ 75.31 per month | $376.55 | |
| 1005. Windstorm Insurance | months @ $ per month | | |
| 1006. Flood Insurance | months @ $ per month | | |
| 1007. | months @ $ per month | | |
| 1008. AGGREGATE ACCOUNTING ADJUSTMENT | | -$75.33 | |

**1100. TITLE CHARGES**

| | | | |
|---|---|---|---|
| 1101. Settlement or closing fee to | | $250.00 | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
| 1108. Title insurance  REALTY REPORTS | | $152.00 | |
| 1109. Lender's coverage $ | | | |
| 1110. Owner's coverage $ | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. TITLE ABSTRACT/BRANCH/ENDORSEMENT FEES | | $250.00 | |

**1200. GOVERNMENT RECORDING AND TRANSFER CHARGES**

| | | | |
|---|---|---|---|
| 1201. Recording fees: Deed $  ; Mortgage $ 25.00  ; Releases $ | | $25.00 | |
| 1202. City/county tax/stamps: Deed $  ; Mortgage $ | | | |
| 1203. State tax/stamps: Deed $  ; Mortgage $ | | | |
| 1204. | | | |
| 1205. | | | |

**1300. ADDITIONAL SETTLEMENT CHARGES**

| | | | |
|---|---|---|---|
| 1301. Survey to | | $175.00 | |
| 1302. Pest inspection to | | $75.00 | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on line 103, Section J and line 502, Section K) | | $12762.30 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower: Theresa Lusciarbelini  Date: 12-30-00     Seller: _____ Date: ____
THERESA LUSCIERBELINI
Borrower: Richard Belini  Date: 12-30-00     Seller: _____ Date: ____
RICHARD LUSCIERBELINI

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: REALTY REPORTS  Date: 12/29/00

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Page 2 of 2                                                                  Doc Prep Plus, Inc.

# ADDENDUM TO HUD-1
## SETTLEMENT STATEMENT

NOTICE TO ALL PARTIES: If information is obtained which indicates that the source of the borrower's financial contribution is other than from the borrower or other than stated by the lender in its closing instructions, the settlement agent is to obtain written instructions from the lender before proceeding with settlement.

### CERTIFICATION OF BUYER IN AN FHA-INSURED LOAN TRANSACTION

I certify that I have no knowledge of any loans that have been or will be made to me (us) or loans that have been or will be assumed by me (us) for purposes of financing this transaction, other than those described in the sales contract dated _____ (including addenda). I certify that I (we) have not been paid or reimbursed for any of the cash downpayment. I certify that I (we) have not and will not receive any payment or reimbursement for any of my (our) closing costs which have not been previously disclosed in the sales contract (including addenda) and/or my application for mortgage insurance submitted to my (our) mortgage lender.

_____ 12-30-10       _____ 12-30-30
THERESA LUSCIERBELINI   -Borrower            RICHARD LUSCIERBELINI   -Borrower
                                                    BB

_____                _____
                        -Borrower                                    -Borrower

_____                _____
                        -Borrower                                    -Borrower

### CERTIFICATION OF SELLER IN AN FHA-INSURED LOAN TRANSACTION

I certify that I have no knowledge of any loans that have been or will be made to the borrower(s), or loans that have been or will be assumed by the borrower(s), for purposes of financing this transaction, other than those described in the sales contract dated _____ (including addenda). I certify that I have not and will not pay or reimburse the borrower(s) for any part of the cash downpayment. I certify that I have not and will not pay or reimburse the borrower(s) for any part of the borrower's closing costs which have not been previously disclosed in the sales contract (including any addenda).

_____                _____
                        -Seller                                       -Seller

_____                _____
                        -Seller                                       -Seller

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

### CERTIFICATION OF SETTLEMENT AGENT IN AN FHA-INSURED LOAN TRANSACTION

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were (i) received, or (ii) paid outside closing, and the funds received have been or will be disbursed by the undersigned as part of the settlement of this transaction. I further certify that I have obtained the above certifications which were executed by the borrower(s) and seller(s) as indicated.

_____                _____
Settlement Agent                                                        Date

[The certifications contained herein may be obtained from the respective parties at different times or may be obtained on separate addenda]

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

AADEOG - 10291996                                                      Doc Prep Plus, Inc.

# Exhibit D

# NOTICE OF RIGHT TO CANCEL

LENDER: FOUNDATION FUNDING GROUP, INC.

DATE: DECEMBER 29TH, 2000
LOAN NUMBER: 6447415
TYPE: FHA FIXED REFINANCE
BORROWER: RICHARD ~~LUCCI~~BELINI
RB

BORROWER ADDRESS: 546 BARBOUR STREET, NORTH ADAMS, MA. 01247

PROPERTY ADDRESS: 546 BARBOUR STREET
NORTH ADAMS, MA 01247

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE (3) BUSINESS DAYS from whichever of the following events occurs last:

(1) the date of the transaction, which is DECEMBER 29TH, 2000     ; or
(2) the date you received your Truth in Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage is also cancelled. Within TWENTY (20) CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within TWENTY (20) CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:

FOUNDATION FUNDING GROUP, INC.
3627 W. WATERS AVENUE, SUITE 800
TAMPA, FL 33614

You may use any written statement that is signed and dated by you and states your intention to cancel and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of   JANUARY 3RD, 2001            (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

## I WISH TO CANCEL

_____       _____
SIGNATURE                          DATE

I/We acknowledge receipt of two copies of NOTICE OF RIGHT TO CANCEL and one copy of Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each of the borrowers in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective as to all borrowers.

I/We acknowledge receipt of two copies of NOTICE OF RIGHT TO CANCEL.

*Theresa Lucieri-Belini*
DECEMBER 29TH, 2000          *Richard Belini*                    12-30-00
Date                         RICHARD ~~LUCCI~~BELINI              -Borrower
                             RB

NOTICE OF RIGHT TO CANCEL - GENERAL
XFFGJ1 - 04221998                                                Doc Prep Plus, Inc.

# Exhibit E



WWW.RICONSUMERLAW.COM

CHRISTOPHER M. LEFEBVRE, ESQUIRE
*ADMITTED IN MASSACHUSETTS & RHODE ISLAND*

May 9, 2003

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

Foundation Funding Group, Inc.
Attn: Officer or Agent
3627 W. Waters Avenue, Suite 800
Tampa, FL 33614

Washington Mutual Bank, FA
Attn: Officer or Agent
PO Box 3139
Milwaukee, WI 53201-3139

Re: **Notice of Rescission by Richard and Theresa Belini, 546 Barbour Street, North Adams, Massachusetts, Loan Number: 6447415, Closing Date: 12/29/2000**

To Whom It May Concern:

I represent Mr. and Mrs. Belini concerning the loan transaction they entered into with Foundation Funding Group, Inc. on December 29, 2000, in which they subsequently became obligated on a mortgage loan transaction with Foundation Funding Group, Inc. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. and Mrs. Belini were not provided with a completed copy of the notice of their right to rescind the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23, and the advanced Home Ownership Equity Protection Act disclosures required by 15 U.S.C. § 1639(b)(1).

The security interest held by Foundation Funding Group, Inc. on Mr. and Mrs. Belini's property located at 546 Barbour Street, North Adams, Massachusetts is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Richard and Theresa Belini
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

*TWO DEXTER STREET, P.O. BOX 479    PAWTUCKET, RI 02862    PHONE: (401) 728-6060    FAX: (401) 728-6534*

# Exhibit F



9, 2003

hington Mutual Bank, FA
: Officer or Agent
Box 3139
waukee, WI 53201-3139

Tampa, FL 33614

Re: Notice of Rescission by Richard and Theresa Belini, 546 Barbour Street, North Adams, Massachusetts, Loan Number: 6447415, Closing Date: 12/29/2000

To Whom It May Concern:

I represent Mr. and Mrs. Belini concerning the loan transaction they entered into with Foundation Funding Group, Inc. on December 29, 2000, in which they subsequently became _____ing Group, Inc. Please be advised _____tion and hereby exercise that right _____ 1635 and Regulation Z, Section

. Belini were not provided with a consumer credit contract, in violation 7 and 226.23, and the advanced Home .S.C. § 1639(b)(1).

p, Inc. on Mr. and Mrs. Belini's usetts is void as of this rescission this Notice of Rescission to return to ropriate to terminate the security

Very truly yours,
Richard and Theresa Belini
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

TWO DEXTER STREET, P.O. BOX 479   PAWTUCKET, RI 02862   PHONE: (401) 728-6060   FAX: (401) 728-6534