UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 04-30083 MAP

| | |
|---|---|
| RICHARD BELINI and ) | |
| THERESA LUSCHIER-BELINI, ) | |
|     Plaintiffs ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| WASHINGTON MUTUAL BANK, FA, ) | |
|     Defendant ) | |

Please enter my appearance as counsel for defendant Washington Mutual Bank, FA in the above-captioned matter.

      /s/ Kevin C. Maynard
Kevin C. Maynard
  BBO No. 550669
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel.: (413) 272-6244
Fax: (413) 272-6804

Dated:  August 23, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on August 23, 2004.

      /s/ Kevin C. Maynard
Kevin C. Maynard

277165