IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| RICHARD BELINI and <br> THERESA LUSCIER-BELINI, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK, FA, <br><br> Defendant. | CA: 04-30083-MAP <br><br> **JURY DEMANDED** |

## MOTION TO STAY PROCEEDING

Now come the Plaintiffs in the above entitled matter and request that the Court enter an order staying the instant proceeding. In support of said request the undersigned states as follows:

1. On September 30, 2004 the Court entered an order dismissing a companion case entitled Richard and Theresa Belini v. Washington Mutual Bank, F.A. C.A. 03-CV-30175-MAP. The appeal period in that case has not commenced as the Court has yet to enter it's detailed memorandum in support of the dismissal of the Plaintiff's complaint.

2. The allegations contained in the instant case are identical to those raised in the second amended complaint which was filed in the aforementioned companion case. This second lawsuit was filed to avoid a statute of limitations problem and to cure a defect in the service of process upon Defendant raised by the Defendant in their motion to dismiss the companion case.

3. The Plaintiff will be filing a notice of appeal to the First Circuit in the companion case once the actual judgment is entered by the Court.

4. The Plaintiff believes that staying this case makes economic sense to all parties in interest and will avoid a costly duplicative appeal to the First Circuit of this pending case.

1

5. There is absolutely no prejudice to the Defendant in granting the request to stay proceedings.

**WHEREFORE,** Plaintiffs pray that their motion be granted and that the matter be stayed pending a disposition of the appeal referenced herein.

Respectfully submitted,

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

I:\case\long7.061\pleading\cmplt

## LOCAL RULE CERTIFICATION

**I hereby certify that I attempted to contact counsel for the Defendant in an attempt to resolve the issues raised in this motion. I was informed that the Defendant was unable to assent to the issues raised in this motion.**

## CERTIFICATION

I hereby certify that on October 15, 2004 a copy of the above was mailed to counsel for the Defendant, Kevin C. Maynard Esquire Buckley, Richardson and Gelinas, LLP 1500 Main Street Suite 2700 P.O. BOX 15507 Springfield, MA 01115-5507