IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| RICHARD BELINI and<br>THERESA LUSCIER-BELINI,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>Defendant. | CA: 04-30083-MAP<br><br>JURY DEMANDED |

## WITHDRAWAL OF MOTION TO STAY PROCEEDING

Now come the Plaintiffs in the above entitled matter and hereby withdraw their motion to stay proceedings.

Respectfully submitted,

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
    LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

I:\case\long7.061\pleading\cmplt

## CERTIFICATION

I hereby certify that on October 28th, 2004 a copy of the above was mailed to counsel for the Defendant, Kevin C. Maynard Esquire Buckley, Richardson and Gelinas, LLP 1500 Main Street Suite 2700 P.O. BOX 15507 Springfield, MA 01115-5507

1