UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD BELINI, ET AL,            )
Plaintiffs                        )
                                  )
                                  )
            v.                    ) CIVIL ACTION NO. 04-30083-MAP
                                  )
WASHINGTON MUTUAL BANK, F.A.,     )
Defendant                         )


ORDER OF DISMISSAL

November 2, 2004

PONSOR, D.J.

Based upon the letter of plaintiffs' counsel dated October 28, 2004, a copy of which is attached to this Order as Exhibit A, this case is hereby dismissed. The reasons for dismissal were set forth in the court's recent memorandum in a related case, <u>Belini v. Washington Mutual Bank F.A.</u>, C.A. 03-30175-MAP. The court hereby adopts the reasons set forth in the court's Memorandum of October 26, 2004 in the earlier <u>Belini</u> case, with the exception of the portion of that memorandum addressing the issue of untimely service.

For the foregoing reasons, and without objection from the defendant, this case is hereby ordered Dismissed. The case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge

FROM THE OFFICES OF THE
## FAMILY AND CONSUMER LAW CENTER

WWW.RICONSUMERLAW.COM

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

October 28, 2004

**VIA OVERNIGHT MAIL**

Honorable Michael A. Ponsor
US District Court
1550 Main Street
Springfield, MA 01103-1422

RE:   **Belini v. Washington Mutual Bank, FA  C.A. 04-30083- MAP**

Dear Judge Ponsor:

    On October 26, 2004, the Court entered a written opinion in the companion case of **Belini v. Washington Mutual Bank, FA  C.A. 03-30175- MAP** dismissing the Plaintiffs' causes of action for lack of subject matter jurisdiction. While that matter was under advisement, I filed the above referenced action solely to cure a defect in service of process upon the Defendant. I was concerned with a potential statute of limitations problem and wanted to be assured that a complaint was filed and served in a timely fashion. The Defendant has been properly served in the second case. The allegations and causes of action contained in the later filing are virtually identical to those raised in the second amended complaint filed in the case which the Court recently dismissed. Accordingly, it may be appropriate for the Court to sua sponte enter an Order dismissing the new filing for the reasons contained in the Court's recent opinion (excluding of course part 3 dealing with untimely service.) Such an Order would simplify matters and expedite appellate review by the First Circuit Court of Appeals.

                                                      Very truly yours,

                                                      Christopher M. Lefebvre

CML/mjf

cc: Kevin C. Maynard (via regular mail)