IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| RICHARD BELINI and<br>THERESA LUSCIER-BELINI,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CA: 04-30083-MAP<br>)<br>)<br>) **JURY DEMANDED**<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Richard & Theresa Belini hereby appeal to the United States Court of Appeals for the First Circuit from the Order of the District Court entered on November 2, 2004 dismissing the Plaintiffs' complaint.

Respectfully submitted,

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

## CERTIFICATION

I hereby certify that on November 8th 2004 a copy of the above was mailed to counsel for the Defendant, Kevin C. Maynard Esquire at Buckley, Richardson and Gelinas, LLP 1500 Main Street Suite 2700 P.O. BOX 15507 Springfield, MA 01115-5507

1