# United States Court of Appeals
## For the First Circuit

Nos.  04-2532
      04-2533

# MANDATE

RICHARD BELINI; THERESA LUSCIER-BELINI,

Plaintiffs, Appellants,

v.

WASHINGTON MUTUAL BANK, FA,

Defendant, Appellee.

### JUDGMENT

Entered: June 15, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of the Belinis' first action, No. 03-30175, is affirmed. See First Circuit Court of Appeals case number 04-2533.

The district court's dismissal of the Belinis' second action, No. 04-30083, is reversed, and the case is remanded for proceedings consistent with this opinion. See First Circuit Court of Appeals case number 04-2532.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/6/05

By the Court:

RICHARD CUSHING DONOVAN

_____
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Michael A. Ponsor and Ms. Sarah Thornton, Clerk, United States District Court for Massachusetts. Copies to Mr. Lefebvre and Mr. Maynard.]