UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 04-30083 MAP

| | |
|---|---|
| RICHARD BELINI and ) <br> THERESA LUSCIER-BELINI, ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> WASHINGTON MUTUAL BANK, FA, ) <br>     Defendant ) | [ASSENTED-TO] MOTION <br> FOR EXTENSION OF TIME |

The defendant, Washington Mutual Bank, F.A., with the assent of plaintiffs herein, pursuant to Fed. R. Civ. P. 6(b), hereby move the Court for an order that the time within which defendants may file and serve a response to plaintiff's complaint be extended to and including August 20, 2005.

ASSENTED TO:

The Plaintiffs
RICHARD BELINI and
THERESA LUSCIER-BELINI
By Their Attorneys:

The Defendant
WASHINGTON MUTUAL BANK, F.A.
By Its Attorneys:

/s/ Christopher M. Lefebvre
Christopher M. Lefebvre, BBO #629056
Law Office of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI  02862
Tel. (401) 728-6060 / Fax (401) 728-6534

/s/ Kevin C. Maynard
Kevin C. Maynard, BBO #550669
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel:  (413) 781-2820 / Fax:  (413) 272-6804

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on July 22, 2005.

/s/ Kevin C. Maynard
Kevin C. Maynard

#303901