UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| RICHARD BELINI and THERESA LUSCIER-BELINI,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-30083 MAP<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Brian M. Forbes on behalf of defendant Washington Mutual Bank, FA ("Washington Mutual") in the above-captioned action. Counsel for Washington Mutual identified below requests receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

Respectfully submitted,

WASHINGTON MUTUAL BANK, FA

By its attorneys,

/s/ Brian M. Forbes
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Brian M. Forbes (BBO #644787)
(bforbes@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: August 19, 2005

BOS-890141 v1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Christopher M. Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, RI 02862

Kevin C. Maynard
BUCKLEY, RICHARDSON and
GELINAS, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA 01115

                                      /s/ Brian M. Forbes
                                      Brian M. Forbes