UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 04-30083 MAP

| | |
|---|---|
| RICHARD BELINI and ) | |
| THERESA LUSCHIER-BELINI, ) | |
| Plaintiffs ) | |
| ) | NOTICE OF WITHDRAWAL |
| v. ) | OF APPEARANCE |
| ) | |
| WASHINGTON MUTUAL BANK, FA, ) | |
| Defendant ) | |

Please withdraw my appearance as counsel for defendant Washington Mutual Bank, FA in the above-captioned matter. Other counsel has filed or is filing herewith a Notice of Appearance for Washington Mutual Bank, FA in this matter.

/s/ Kevin C. Maynard
Kevin C. Maynard
  BBO No. 550669
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel.: (413) 272-6244
Fax: (413) 272-6804

Dated:  August 19, 2005

#304113