**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| RICHARD BELINI and ) | |
| THERESA LUSCIER-BELINI, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 04-30083 MAP |
| v. ) | |
| ) | |
| WASHINGTON MUTUAL BANK, FA, ) | |
| ) | |
| Defendant. ) | |

## ANSWER OF PLAINTIFFS RICHARD BELINI AND THERESA LUSCIER-BELINI TO DEFENDANT'S WASHINGTON MUTUAL BANK, FA COUNTERCLAIM

Plaintiffs Richard Belini and Theresa Luscier-Belini ("Plaintiffs") by and through their attorney, Christopher M. Lefebvre, hereby answer the Counterclaim filed by the Defendant Washington Mutual Bank, FA ("Defendant"), and state:

1. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 1and 4 of the Defendant's Counterclaim.

2. Plaintiffs admit the allegations set forth in paragraphs 2, 3, 5, 6 and 9 of the Defendant's Counterclaim.

3. Plaintiffs deny the allegations set forth in paragraphs 7 and 11 of the Defendant's Counterclaim.

4. The remainder of the Defendant's Counterclaim is a prayer for relief to which "Plaintiffs" are not required to respond. To the extent that a further response may be required, "Plaintiffs" pray that the Defendant's Counterclaim be dismissed with prejudice and that the Court enter a judgment in favor on all counts of the Complaint, that "Plaintiffs" be awarded their cost and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiffs Richard Belini and Theresa Luscier-Belini pray that the Court dismiss the Defendant's Washington Mutual Bank, FA Counterclaim.

Respectfully submitted,

/s/Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
    LEFEBVRE & SONS
P.O. Box 479

Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 629056

## CERTIFICATION

I hereby certify that a copy of the Answer of Plaintiffs Richard Belini and Theresa Luscier-Belini to Defendant's Washington Mutual Bank, FA Counterclaim was electronically filed on August 22, 2005 to:

Bruce Allenworth
(ballenworth@klng.com)
Brian M. Forbes
(bforbes@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109