**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| RICHARD BELINI and<br>THERESA LUSCIER-BELINI,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-30083 MAP<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT FOR SCHEDULING CONFERENCE**

Pursuant to the Notice of Scheduling Conference dated August 23, 2005, and in accordance with Local Rule 16.1(D), plaintiffs Richard and Theresa Belini ("plaintiffs") and defendant Washington Mutual Bank, F.A. ("defendant" or "Washington Mutual") submits the following Joint Statement in connection with the scheduling conference to be held on October 6, 2005.

**I.      Introduction**

This is an action alleging violations of the Truth in Lending Act, 15 U.S.C. §§ 1601 et seq. ("TILA"), the Home Ownership Equity Protection Act of TILA, 15 U.S.C. § 1639, and the Massachusetts Consumer Credit Cost Disclosure Act, Mass. Gen. Laws ch. 140D. Plaintiffs are seeking to enforce their alleged rescission of a mortgage loan assigned to Washington Mutual and are also seeking to recover statutory and actual damages, and attorneys' fees and costs.

Washington Mutual has filed an Answer denying liability with respect to the claims asserted in the Complaint and asserted a counterclaim seeking a declaration of the rights, duties,

BOS-896673 v1

and liabilities of the parties with respect to the plaintiffs' rescission of their loan, including, without limitation, a declaration that plaintiffs are not entitled to rescind the subject loan.

**II.    Proposed Agenda for Scheduling Conference**

The parties propose the following scheduling deadlines set forth in Section III below be adopted by the Court and so ordered.

**III.    Parties' Proposed Pre-Trial Schedule**

    **A.  Automatic Disclosures**

The parties will serve automatic disclosures by **October 20, 2005**.

    **B.  Discovery Limitations**

The parties propose the following deadlines for discovery and motions:

- Discovery Period:  The parties shall propound all written discovery on or before: **December 1, 2005**.  The parties will complete fact depositions on or before:  **March 1, 2006**.

- Experts:     (a)  Plaintiffs shall designate experts and serve expert reports on or before **March 15, 2006**.

    (b)  Defendant shall designate experts and serve expert reports on or before **April 16, 2006**.

    (c)  The parties will complete all expert depositions on or before **May 16, 2006**.

- Dispositive Motions:  All dispositive motions shall be filed and served on or before: **June 30, 2006**.  All oppositions and replies shall be filed and served in accordance with Local Rule 7.1

**IV.    Trial By Magistrate**

There is not unanimous consent to trial by Magistrate at this time.

**V.    Alternate Dispute Resolution**

The parties are willing to engage in Alternate Dispute Resolution.

**VI.     Certifications**

The parties will file their Certificates of Compliance with Local Rule 16.1 prior to or at the time of the scheduling conference.

Respectfully submitted,

RICHARD BELINI and
THERESA LUSCIER-BELINI,

By their attorney,


/s/ Christopher M. Lefebvre (w/ permission)
Christopher M. Lefebvre (BBO #629056)
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060



WASHINGTON MUTUAL BANK, FA

By its attorneys,

/s/ Brian M. Forbes
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Brian M. Forbes (BBO #644787)
(bforbes@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

- 4 -

## CERTIFICATE OF SERVICE

  I hereby certify that on September 29, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Christopher M. Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, RI 02862

              /s/ Brian M. Forbes
              Brian M. Forbes