UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| RICHARD BELINI and THERESA LUSCIER-BELINI, ) ) ) Plaintiffs, ) ) v. ) ) WASHINGTON MUTUAL BANK, FA, ) ) Defendant. ) ) | CIVIL ACTION NO. 04-30083 MAP |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATE

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, the undersigned hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

- 2 -

        WASHINGTON MUTUAL BANK, FA

        By its authorized representative,

        <u>/s/ Theresa M. Marchlewski</u>
        Theresa M. Marchlewski
        First Vice President & Senior Counsel
        Washington Mutual Bank
        9200 Oakdale Avenue
        Chatsworth, CA   91311

        By its attorneys,

        <u>/s/ Brian M. Forbes</u>
        R. Bruce Allensworth (BBO #015820)
        (ballensworth@klng.com)
        Brian M. Forbes (BBO #644787)
        (bforbes@klng.com)
        KIRKPATRICK & LOCKHART
        NICHOLSON GRAHAM LLP
        75 State Street
        Boston, MA 02109
        (617) 261-3100

Dated: September 29, 2005

- 3 -

**CERTIFICATE OF SERVICE**

    I, Brian M. Forbes, hereby certify that I have this 29th day of September caused a copy of the foregoing document to be served upon all counsel of record by electronic filing.

/s/ Brian M. Forbes
Brian M. Forbes