UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD BELINI and THERESA )
LUSCIER-BELINI, )
         Plaintiffs )
          )
v. )  Civil Action No. 04-30083-MAP
          )
          )
          )
WASHINGTON MUTUAL BANK, FA, )
         Defendant )

SCHEDULING ORDER
October 7, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on October 6, 2005:

1. The parties shall complete their automatic disclosures by October 20, 2005.

2. All written discovery and non-expert depositions shall be completed by March 1, 2006.

3. Counsel shall appear for a case management conference on March 8, 2006, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge