# Exhibit F



..., 2003

...hington Mutual Bank, FA
...: Officer or Agent
...Box 3139
...waukee, WI 53201-3139

Re: Notice of Rescission by Richard and Theresa Belini, 546 Barbour Street, North Adams, Massachusetts, Loan Number: 6447415, Closing Date: 12/29/2000

To Whom It May Concern:

I represent Mr. and Mrs. Belini concerning the loan transaction they entered into with Foundation Funding Group, Inc. on December 29, 2000, in which they subsequently became ...ing Group, Inc. Please be advised ...tion and hereby exercise that right ...n 1635 and Regulation Z, Section ...

. Belini were not provided with a consumer credit contract, in violation ...7 and 226.23, and the advanced Home ...S.C. § 1639(b)(1).

..., Inc. on Mr. and Mrs. Belini's ...usetts is void as of this rescission. ... this Notice of Rescission to return to ...ropriate to terminate the security

Very truly yours,
Richard and Theresa Belini
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

TWO DEXTER STREET, P.O. BOX 479  PAWTUCKET, RI 02862     PHONE: (401) 728-6060   FAX: (401) 728-6534