# Exhibit G

# TRUTH-IN-LENDING DISCLOSURE (REAL ESTATE)

Words, numbers or phrases preceded by a ☐ are applicable only if the ☐ is marked.
☐ Preliminary  ☒ Final

**LENDER (Creditor)**
FOUNDATION FUNDING GROUP, INC.
3627 W. WATERS AVENUE, SUITE 800
TAMPA, FL 33614

Borrower(s) Name(s):
THERESA LUSCIERBELINI AND RICHARD LUSCIERBELINI

Date: 12/29/00

Address: 546 BARBOUR STREET
NORTH ADAMS, MA 01247
Property Address:
546 BARBOUR STREET
NORTH ADAMS, MA 01247

Loan No.: 6447615
Loan Type: FHA

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 8.960 % | $ 76,048.28 | $ 91,840.12 | $ 167,888.40 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 96 | 944.17 TO 936.78 | MONTHLY, BEGINNING 03/01/01 |
| 84 | 923.55 | MONTHLY, BEGINNING 03/01/09 |

**VARIABLE RATE:**
☐ This transaction is subject to a variable rate feature. Variable Rate disclosures have been provided at an earlier time.

**PAYABLE ON DEMAND:**
☐ This obligation is payable on demand.
☐ The disclosures are based on an assumed maturity of one year.

**SECURITY:**
You are giving a security interest in real property and any of the following items which are checked:
☐ the goods or property being purchased.
☐ funds or other assets on deposit with the lender from time to time.
☒ other (specify below)
☐ collateral securing other loans with us may also secure this loan.
546 BARBOUR STREET
NORTH ADAMS, MA 01247

**LATE CHARGE:** If you are more than FIFTEEN days late in making any payment, you will pay a late charge of: 3.00 % of the principal and interest payment.

**INSURANCE:**
You may obtain property insurance from anyone acceptable to the Lender.

**FILING/RECORDING FEE:**
☒ $ 25.00

**PREPAYMENT:**
If you payoff early, you
☐ may  ☒ will not  have to pay a penalty.
☒ may  ☐ will not  be entitled to a refund of part of the finance charge.

**ASSUMPTION:**
Someone buying your dwelling,
☐ cannot assume the remainder of the mortgage on the original terms.
☒ may, subject to conditions, be allowed to assume the remainder of the mortgage on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and creditor's policy regarding assumption of the obligation.

☐ Please refer to the "Good Faith Estimate" for an Itemization of Amount Financed.   "e" means estimate.
☒ Please refer to the Itemization of Amount Financed Statement.

Borrower: Theresa Luscier-Belini  Date: 12-30-00
Borrower: Richard Belini  Date: 12-30-00
Borrower: _____ Date: _____
Borrower: _____ Date: _____
Borrower: _____ Date: _____
Borrower: _____ Date: _____

**BORROWER(S) MUST DATE**

3/94
www.MortgageBankingSystems.com

DEC. 29. 2000 12:12PM    GREATSTONE DOC PREP    NO. 1456    P. 40

## ITEMIZATION OF AMOUNT FINANCED

| | |
|---|---|
| Loan Number: | 6447415 |
| Loan Amount $ | 102,750.00 |
| Date: | DECEMBER 29, 2000 |
| Name of Borrower: | THERESA LUSCIERBELINI AND RICHARD ~~LUSCIERBELINI~~ RB |
| Address of Borrower: | 546 BARBOUR STREET<br>NORTH ADAMS, MA, 01247 |
| Name of Lender: | FOUNDATION FUNDING GROUP, INC. |
| Address of Lender: | 3627 W. WATERS AVENUE, SUITE 800<br>TAMPA, FL 33614 |
| Property Address: | 546 BARBOUR STREET<br>NORTH ADAMS, MA 01247 |

| Itemization of Amount Financed of | $ | 91,840.12 |
|---|---|---|
| Amount given to you directly | $ | 90,913.12 |
| Amount paid on your account | $ | |

Amount paid to others on your behalf

| | seller | $ | |
|---|---|---|---|
| Appraisal fee to appraiser | | $ | 350.00 |
| Credit report fee to credit reporting agency | | $ | |
| Hazard insurance to insurance agency | | $ | |
| Flood insurance to insurance agency | | $ | |
| Settlement closing fees to | | $ | 250.00 |
| Abstract or title search to title ins. co. | | $ | |
| Document preparation fee to | | $ | |
| Misc. title fees to title co. | | $ | |
| Notary fee to | | $ | |
| Attorneys' fees to | | $ | |
| Title insurance premium to title ins. co. | | $ | 152.00 |
| Filing fee to public officials/recording | | $ | 25.00 |
| Survey | | $ | 175.00 |
| Pest inspection | | $ | 75.00 |
| | | $ | |

Prepaid finance charges

| | | |
|---|---|---|
| Loan origination fee | $ | 1,667.50 |
| Loan discount | $ | 7,192.50 |
| Prepaid interest ( 28 days) @ 19.71 | $ | 551.88 |
| XX~~MORTGAGE INSURANCE~~XX  HUD MIP | $ | 2,015.00 |
| Commitment fee | $ | |
| Buydown costs | $ | |
| Tax service fee | $ | |
| Lender's inspection fee | $ | |
| Doc Prep fee | $ | 125.00 |
| Doc Review fee | $ | |
| Underwriting fee | $ | |
| CREDIT REPORT | $ | 18.00 |
| | $ | |
| Total Prepaid finance charges | $ | 10,909.88 |

I/We hereby acknowledge receipt of this itemization of amount financed, and authorize direct disbursement as set forth.
BORROWER'S SIGNATURE(S)/DATE

_Theresa Luscieu-Beloni_  12-30-00
THERESA LUSCIERBELINI

_Richard Beloni_  12-30-00
RICHARD ~~LUSCIERBELINI~~
RB

AACA0G - 04021996                                    Doc Prep Plus, Inc.