# Exhibit D

# NOTICE OF RIGHT TO CANCEL

LENDER: FOUNDATION FUNDING GROUP, INC.

DATE: DECEMBER 29TH, 2000
LOAN NUMBER: 6447415
TYPE: FHA FIXED REFINANCE
BORROWER: RICHARD ~~LUCCIDI~~BELINI
            RB

BORROWER ADDRESS: 546 BARBOUR STREET, NORTH ADAMS, MA, 01247

PROPERTY ADDRESS: 546 BARBOUR STREET
                  NORTH ADAMS, MA  01247

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE (3) BUSINESS DAYS from whichever of the following events occurs last:

(1) the date of the transaction, which is DECEMBER 29TH, 2000 ; or
(2) the date you received your Truth in Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage is also cancelled. Within TWENTY (20) CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within TWENTY (20) CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing at:

FOUNDATION FUNDING GROUP, INC.
3627 W. WATERS AVENUE, SUITE 800
TAMPA, FL 33614

You may use any written statement that is signed and dated by you and states your intention to cancel and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of JANUARY 3RD, 2001 (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

## I WISH TO CANCEL

_____    _____
SIGNATURE                          DATE

I/We acknowledge receipt of two copies of NOTICE OF RIGHT TO CANCEL and one copy of Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each of the borrowers in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective as to all borrowers.

I/We acknowledge receipt of two copies of NOTICE OF RIGHT TO CANCEL.

                            *Theresa Lucier-Belini*
DECEMBER 29TH, 2000         *Richard Belini*              12-30-00
Date                        RICHARD ~~LUCCIDI~~BELINI     -Borrower
                            RB

NOTICE OF RIGHT TO CANCEL - GENERAL
XFFGJI - 04221998                                    Doc Prep Plus, Inc.