# Exhibit E

LOAN ID # 6447415

# CERTIFICATE

(That Customer Does Not Rescind Transaction)

The undersigned certify that they entered into a transaction on DECEMBER 29TH, 2000 with
(Date)

FOUNDATION FUNDING GROUP, INC.
(Name of Lender)

and they were given two copies of Notice of Right of Rescission and Notice of Effect of Rescission, as required under the provisions of Truth in Lending Act.

Whereas more than 3 business days have elapsed since the undersigned received the above and foregoing NOTICE OF RIGHT OF RESCISSION and other Truth-in-Lending Disclosures concerning this transaction; in order to induce the Creditor(s) to proceed with full performance under the agreement in question; the undersigned do herewith warrant, covenant and certify that they have not exercised their right to rescind; that they do not wish to and will not rescind said transaction; and that they do hereby ratify and confirm the same in all respects. They further represent that the undersigned are the only persons entitled to rescind, in that they are all of the owners of the real property securing said obligation.

NOTE: EACH Customer must sign.

| DECEMBER 29TH, 2000 | Theresa Luscier-Belini 12·30·00 |
|---|---|
| Date | THERESA LUSCIERBELINI -Borrower |

| DECEMBER 29TH, 2000 | Richard Belini 12·30·00 |
|---|---|
| Date | RICHARD LUSCIERBELINI RT3 -Borrower |

| _____ | _____ |
|---|---|
| Date | -Borrower |

| _____ | _____ |
|---|---|
| Date | -Borrower |

| _____ | _____ |
|---|---|
| Date | -Borrower |

| _____ | _____ |
|---|---|
| Date | -Borrower |

XFFGH1 - 12151998                                                                                           Doc Prep Plus, Inc.

WAMU-BELINI 00028