# Exhibit F



CHRISTOPHER M. LEFEBVRE, ESQUIRE
*ADMITTED IN MASSACHUSETTS & RHODE ISLAND*

May 9, 2003

CERTIFIED MAIL-RETURN RECEIPT REQUESTED

Foundation Funding Group, Inc.
Attn: Officer or Agent
3627 W. Waters Avenue, Suite 800
Tampa, FL 33614

Washington Mutual Bank, FA
Attn: Officer or Agent
PO Box 3139
Milwaukee, WI 53201-3139

Re: Notice of Rescission by Richard and Theresa Belini, 546 Barbour Street, North Adams, Massachusetts, Loan Number: 6447415, Closing Date: 12/29/2000

To Whom It May Concern:

I represent Mr. and Mrs. Belini concerning the loan transaction they entered into with Foundation Funding Group, Inc. on December 29, 2000, in which they subsequently became obligated on a mortgage loan transaction with Foundation Funding Group, Inc. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. and Mrs. Belini were not provided with a completed copy of the notice of their right to rescind the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23, and the advanced Home Ownership Equity Protection Act disclosures required by 15 U.S.C. § 1639(b)(1).

The security interest held by Foundation Funding Group, Inc. on Mr. and Mrs. Belini's property located at 546 Barbour Street, North Adams, Massachusetts is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Richard and Theresa Belini
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

TWO DEXTER STREET, P.O. BOX 479   PAWTUCKET, RI 02862   PHONE: (401) 728-6060   FAX: (401) 728-6534