# Exhibit G

```
SENT TO:          TOTAL POSTAGE AND FEE
5/9/2003          $1.25
4:55 PM           Code: Belini
                  File:
                                    4.72

Washington Mutual Bank, FA
Attn: Officer or Agent
PO Box 3139
Milwaukee, WI 53201-3139

PS FORM 3800
UNITED STATES POSTAL SERVICE
RECEIPT FOR CERTIFIED MAIL
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)
```

Tampa, FL 33614

9, 2003

hington Mutual Bank, FA
: Officer or Agent
Box 3139
waukee, WI 53201-3139

Re:   Notice of Rescission by Richard and Theresa Belini, 546 Barbour Street,
      North Adams, Massachusetts, Loan Number: 6447415, Closing Date:
      12/29/2000

To Whom It May Concern:

I represent Mr. and Mrs. Belini concerning the loan transaction they entered into with Foundation Funding Group, Inc. on December 29, 2000, in which they subsequently became ...ing Group, Inc. Please be advised ...tion and hereby exercise that right ...n 1635 and Regulation Z, Section

...Belini were not provided with a ...consumer credit contract, in violation ...7 and 226.23, and the advanced Home ....S.C. § 1639(b)(1).

..., Inc. on Mr. and Mrs. Belini's ...usetts is void as of this rescission. ...this Notice of Rescission to return to ...ropriate to terminate the security

Very truly yours,
Richard and Theresa Belini
By their Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

*TWO DEXTER STREET, P.O. BOX 479   PAWTUCKET, RI 02862   PHONE: (401) 728-6060   FAX: (401) 728-6534*

---

**DOMESTIC RETURN RECEIPT** (overlay)

Article Addressed to:
Washington Mutual Bank, FA
Attn: Officer or Agent
PO Box 3139
Milwaukee, WI 53201-3139

Article Number: 7110 1093 9385 0000 0645
Service Type: CERTIFIED
Restricted Delivery

Received By (Print Name): L. Step

Code: Belini
5/9/2003