# Exhibit H

## SECTION 32 MORTGAGE LOAN DISCLOSURE

LOAN ID# 6447415

Date: _____

Borrower Name 1: THERESA LUSCIERBELINI
Borrower Name 2: RICHARD LUSCIERBELINI  *RB*
Borrower Name 3: _____
Borrower Name 4: _____
Borrower Name 5: _____
Borrower Name 6: _____
Property Address: 546 BARBOUR STREET
NORTH ADAMS, MA 01247
Closing Date: DECEMBER 29TH, 2000

YOU ARE NOT REQUIRED TO COMPLETE THIS AGREEMENT MERELY BECAUSE YOU HAVE RECEIVED THE DISCLOSURES OR HAVE SIGNED A LOAN APPLICATION. IF YOU OBTAIN THIS LOAN, THE LENDER WILL HAVE A MORTGAGE ON YOUR HOME. YOU COULD LOSE YOUR HOME AND ANY MONEY YOU HAVE PUT INTO IT IF YOU DO NOT MEET YOUR OBLIGATIONS UNDER THE LOAN (Regulation Z, Section 226.32(c)(1)).

1. The Annual Percentage Rate of your loan is ___8.960___ %
2. The amount of the monthly payment is $ ___923.55___ .
3. Your loan is a:

   (Check one)

   ☒ Fixed rate loan.

   OR

   ☐ Variable rate loan. The interest rate and monthly payment on your variable rate loan may go up. The highest monthly payment on your variable rate is $_____ .

THERE ARE 2 DISCLOSURES FOR EACH BORROWER. EACH BORROWER SHOULD SEPARATELY SIGN 2 DISCLOSURES. PLEASE RETURN 1 ORIGINAL EXECUTED DISCLOSURE FOR EACH BORROWER UNDER THE LOAN IN THE ATTACHED ENVELOPE. ONE ORIGINAL SHOULD BE RETAINED BY YOU FOR YOUR RECORDS.

I HEREBY CERTIFY THAT I HAVE RECEIVED THIS DISCLOSURE AT LEAST 3 BUSINESS DAYS PRIOR TO MY LOAN CLOSING. I CERTIFY THAT I HAVE THE FINANCIAL ABILITY TO MAKE THE SCHEDULED PAYMENTS TO REPAY THIS LOAN OBLIGATION.

DECEMBER 29TH, 2000                  *Theresa Luscier-Belini  12-30-00*
Date                                  THERESA LUSCIERBELINI       Borrower

DECEMBER 29TH, 2000                  *Richard Belini  12-30-00*
Date                                  RICHARD LUSCIERBELINI        Borrower

_____                          _____
Date                                 Borrower

_____                          _____
Date                                 Borrower

_____                          _____
Date                                 Borrower

_____                          _____
Date                                 Borrower

I HEREBY CERTIFY THAT I MAILED THIS DISCLOSURE TO THE BORROWER, 5 OR MORE BUSINESS DAYS PRIOR TO THE LOAN CLOSING.

_____        _____
Name               Date

AANCQ1 - 10121995                                              Doc Prep Plus, Inc.