# Exhibit C

**B. Type of Loan**

| Case No. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance |
|---|---|---|---|
| 1. ☒ FHA  2. ☐ FmHA  3. ☐ Conv. Unins.<br>4. ☐ VA  5. ☐ Conv. Ins. | | 6447415 | 251-2543906-703-203 |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME AND ADDRESS OF BORROWER: THERESA LUSCIERBELINI
RICHARD LUSCIERBELINI
546 BARBOUR STREET
NORTH ADAMS, MA. 01247

E. NAME AND ADDRESS OF SELLER:

F. NAME AND ADDRESS OF LENDER: FOUNDATION FUNDING GROUP, INC.
3627 W. WATERS AVENUE, SUITE 600
TAMPA, FL 33614

G. PROPERTY LOCATION: 546 BARBOUR STREET
NORTH ADAMS, MA 01247

H. SETTLEMENT AGENT: REALTY REPORTS
PLACE OF SETTLEMENT: 742 OLD COUNTRY RD, STE. 101
MINEOLA, NY 11501

I. SETTLEMENT DATE: DECEMBER 29, 2000

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (from line 1400) | 12762.30 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | | ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | |
| 106. City/town taxes   to | | 406. City/town taxes   to | |
| 107. County taxes   to | | 407. County taxes   to | |
| 108. Assessments   to | | 408. Assessments   to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER:** | $ 12762.30 | **420. GROSS AMOUNT DUE TO SELLER:** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 102750.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | | ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | |
| 210. City/town taxes   to | | 510. City/town taxes   to | |
| 211. County taxes   to | | 511. County taxes   to | |
| 212. Assessments   to | | 512. Assessments   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER:** | $ 102750.00 | **520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER:** | $ 0.00 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 12762.30 | 601. Gross amount due to seller (line 420) | |
| 302. Less amount paid by/for borrower (line 220) | 102750.00 | 602. Less total reductions in amount due seller (line 520) | |
| 303. CASH ☐ FROM ☒ to BORROWER: | $ 89987.70 | 603. CASH ☐ TO ☐ FROM SELLER: | $ 0.00 |

HUD - 1 (3-86)
RESPA, HB 4305.2

Page 1 of 2                                  Doc Prep Plus, Inc.

| | | | FUNDS AT SETTLEMENT |
|---|---|---|---|
| 701. | | | |
| 702. | to | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination fee | 1.000 % FOUNDATION FUNDING GROU | | $1007.50 |
| 802. Loan Discount | 7.000 % FOUNDATION FUNDING GROU | | $7192.50 |
| 803. Appraisal fee to | | | $350.00 |
| 804. Credit report to: | | | |
| 805. Lender's inspection fee | | | |
| 806. Mortgage insurance application fee | | | |
| 807. Document Preparation Fee TRADEWINDS | | | $125.00 |
| 808. CREDIT REPORT | | | $18.00 |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 815. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest from 1/4/01 TO 2/1/01 @ $ 19.71/DAY | | | $551.88 |
| 902. Mortgage insurance premium for mos. to FOUNDATION FUNDING GROUP | | | $2015.00 |
| 903. Hazard Insurance premium for 1 yrs. to | | 329.00 | |
| 904. Flood Insurance Premium for yrs. to | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance 10 months @ $ 27.42 per month | | | $274.20 |
| 1002. Mortgage insurance months @ $ per month | | | |
| 1003. City property taxes months @ $ per month | | | |
| 1004. County property taxes 5 months @ $ 75.31 per month | | | $376.55 |
| 1005. Windstorm Insurance months @ $ per month | | | |
| 1006. Flood Insurance months @ $ per month | | | |
| 1007. months @ $ per month | | | |
| 1008. AGGREGATE ACCOUNTING ADJUSTMENT | | | -$75.33 |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or closing fee to | | | $250.00 |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
| 1108. Title Insurance REALTY REPORTS | | | $152.00 |
| 1109. Lender's coverage $ | | | |
| 1110. Owner's coverage $ | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. TITLE ABSTRACT/SEARCH/ENDORSEMENT FEES | | | $250.00 |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording fee: Deed $ ; Mortgage $ 25.00 ; Releases $ | | | $25.00 |
| 1202. City/county tax/stamps: Deed $ ; Mortgage $ | | | |
| 1203. State tax/stamps: Deed $ ; Mortgage $ | | | |
| 1204. | | | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey to | | | $175.00 |
| 1302. Pest Inspection to | | | $75.00 |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on line 103, Section J and line 502, Section K) | | | $12762.30 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower: Theresa Luscier Belini Date: 12-30-00  Seller: ___ Date: ___
THERESA LUSCIERBELINI
Borrower: Richard Belini Date: 12-30-00  Seller: ___ Date: ___
RICHARD LUSCIERBELINI

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.
RB Date: ___   Settlement Agent: REALTY REPORTS   Date: 12/29/00

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Page 2 of 2                                                         Doc Prep Plus, Inc.

# ADDENDUM TO HUD-1
# SETTLEMENT STATEMENT

NOTICE TO ALL PARTIES: If information is obtained which indicates that the source of the borrower's financial contribution is other than from the borrower or other than stated by the lender in its closing instructions, the settlement agent is to obtain written instructions from the lender before proceeding with settlement.

### CERTIFICATION OF BUYER IN AN FHA-INSURED LOAN TRANSACTION

I certify that I have no knowledge of any loans that have been or will be made to me (us) or loans that have been or will be assumed by me (us) for purposes of financing this transaction, other than those described in the sales contract dated _____ (including addenda). I certify that I (we) have not been paid or reimbursed for any of the cash downpayment. I certify that I (we) have not and will not receive any payment or reimbursement for any of my (our) closing costs which have not been previously disclosed in the sales contract (including addenda) and/or my application for mortgage insurance submitted to my (our) mortgage lender.

_Theresa Luscier-Belino_  12-30-00      _Richard Belino_  12-30-00
THERESA LUSCIERBELINI  -Borrower         RICHARD LUSCIERBELINI  -Borrower
                                          BB

_____  -Borrower      _____  -Borrower

### CERTIFICATION OF SELLER IN AN FHA-INSURED LOAN TRANSACTION

I certify that I have no knowledge of any loans that have been or will be made to the borrower(s), or loans that have been or will be assumed by the borrower(s), for purposes of financing this transaction, other than those described in the sales contract dated _____ (including addenda). I certify that I have not and will not pay or reimburse the borrower(s) for any part of the cash downpayment. I certify that I have not and will not pay or reimburse the borrower(s) for any part of the borrower's closing costs which have not been previously disclosed in the sales contract (including any addenda).

_____  -Seller        _____  -Seller

_____  -Seller        _____  -Seller

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

### CERTIFICATION OF SETTLEMENT AGENT IN AN FHA-INSURED LOAN TRANSACTION

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were (i) received, or (ii) paid outside closing, and the funds received have been or will be disbursed by the undersigned as part of the settlement of this transaction. I further certify that I have obtained the above certifications which were executed by the borrower(s) and seller(s) as indicated.

_____                 _____
Settlement Agent                         Date

[The certifications contained herein may be obtained from the respective parties at different times or may be obtained on separate addenda]

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

AADEOG - 10291996                                              Doc Prep Plus, Inc.