IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Richard Belini and <br> Theresa Luscier-Belini, <br><br> Plaintiffs, <br><br> v. <br><br> Washington Mutual Bank, FA, <br><br> Defendant. | Case No.04-30083-MAP |

### JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Now come the Plaintiffs and the Defendant in the above entitled matter and request that the Court extend the current discovery deadline for an additional 75 days. The parties have already completed most of their respective discovery but need a short period of time to complete depositions in preparation for trial.

**WHEREFORE,** Plaintiffs and Defendant pray that their motion be granted and that the discovery deadline be extended through May 14, 2006 and that the Court reset the deadlines for the pre-trial memorandum and expert designations accordingly.

Respectfully submitted,

/s/Christopher M. Lefebvre
BBO #629056
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

Attorney for Richard Belini
and Theresa Luscier-Belini

/s/R. Bruce Allensworth
BBO #015820
Kirkpatrick & Lockhart Nicholson,
Graham, LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Attorney for Washington Mutual Bank F.A.

**CERTIFICATION**

I hereby certify that on March 1, 2006 I served a true copy of the foregoing document by electronic filing upon the following:

    R. Bruce Allenworth
    ballensworth@klng.com
    KIRKPATRICK & LOCKHART
    NICHOLSON GRAHAM LLP
    75 State Street
    Boston, MA 02109

                                            /s/Maria J. Ferreira