UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD BELINI and THERESA )
LUSCIER-BELINI, )
        Plaintiffs )
)
v. )   Civil Action No.  04-30083-MAP
)
)
)
WASHINGTON MUTUAL BANK, FA, )
        Defendant )

REVISED SCHEDULING ORDER
March 2, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Extend Discovery and revises the schedule as follows:

1. All written discovery and non-expert depositions shall be completed by May 14, 2006.

2. Counsel shall appear for a case management conference on May 17, 2006 at 10:00 a.m. in Courtroom Three.  The March 8, 2006 conference is cancelled.

There shall be no further extensions.

IT IS SO ORDERED.

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge