## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD BELINI and, <br> THERESA LUSCIER-BELINI, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK, FA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 04-30083-MAP <br> ) <br> ) <br> ) <br> ) |

### ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
### TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Washington Mutual Bank, FA, ("Washington Mutual") hereby respectfully requests that the Court enlarge the time within which Washington Mutual may answer or otherwise respond to plaintiffs' Second Amended Complaint, up through and including April 24, 2006. As grounds for this motion, Washington Mutual states:

1. On February 24, 2006, the Court entered an Order granting plaintiffs' Motion for Leave to File the Second Amended Complaint. Washington Mutual's answer or response to the Second Amended Complaint was due to be filed and served on or before March 10, 2006.

2. On March 13, 2006, the Court granted Washington Mutual's assented to motion for an extension of time to respond to the Second Amended Complaint.

3. To permit it sufficient time to answer or otherwise respond to plaintiffs' Second Amended Complaint, Washington Mutual seeks to extend the period in which it may do so up to and including April 24, 2006.

4. This Motion is brought in good faith and is not interposed for delay or any other improper purpose.

BOS-952337 v1

- 2 -

5. Plaintiffs will not be prejudiced by the enlargement requested by Washington Mutual.

6. Defendant's counsel has consulted with plaintiffs' counsel regarding this Motion, and plaintiffs have assented to the requested enlargement of time.

WHEREFORE, Washington Mutual Bank FA respectfully requests that the Court enlarge the time within which it may answer or otherwise respond to plaintiffs' Second Amended Complaint up through and including April 24, 2006.

| Assented to: | Respectfully submitted, |
|---|---|
| RICHARD AND THERESA BELINI | WASHINGTON MUTUAL BANK, FA |
| By their attorneys, | By its attorneys, |
| /s/ *Christopher M. Lefebvre* (with permission) | /s/ *R. Bruce Allensworth* |
| _____ | _____ |
| Christopher M. Lefebvre (BBO #629056) | R. Bruce Allensworth (BBO #015820) |
| (lefeblaw@aol.com) | (ballensworth@klng.com) |
| CLAUDE LEFEBVRE, | Brian M. Forbes (BBO #644787) |
| CHRISTOPHER LEFEBVRE P.C. | (bforbes@klng.com) |
| P.O. Box 479 | KIRKPATRICK & LOCKHART |
| Pawtucket, RI 02862 | NICHOLSON GRAHAM LLP |
| (401) 728-6060 | State Street Financial Center |
| | One Lincoln Street |
| | Boston, MA 02111 |
| | (617) 261-3100 |

Dated: March 24, 2006

- 3 -

## CERTIFICATE OF SERVICE

       I hereby certify that on March 24, 2006, I served a true copy of the foregoing document by electronic filing upon plaintiffs' counsel of record:

Christopher M. Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, RI 02862

                                                      /s/ *R. Bruce Allensworth*

                                                      R. Bruce Allensworth