## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| RICHARD BELINI and THERESA LUSCIER-BELINI, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK, FA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 04-30083 MAP |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the following new address for counsel for the Defendant Washington Mutual Bank, FA, effective March 17, 2006:

> R. Bruce Allensworth, Esq.
> Brian M. Forbes, Esq.
> Kirkpatrick & Lockhart Nicholson Graham LLP
> State Street Financial Center
> One Lincoln Street
> Boston, MA 02111-2950
> Telephone: (617) 261-3100
> Facsimile: (617) 261-3175

Respectfully submitted,

WASHINGTON MUTUAL BANK, FA

By its attorneys,

/s/ Brian M. Forbes
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Brian M. Forbes (BBO #644787)
(bforbes@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100
(617) 261-3175

Dated: April 14, 2006
BOS-958419 v1 0305760-0135

## **CERTIFICATE OF SERVICE**

      I hereby certify that I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants by first-class mail, on this 14th day of April, 2006.

                                                /s/ Brian M. Forbes
                                                Brian M. Forbes