IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| RICHARD BELINI and<br>THERESA LUSCIER-BELINI,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 04-30083 MAP<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER OF PLAINTIFFS RICHARD BELINI AND THERESA LUSCIER-BELINI TO DEFENDANT'S WASHINGTON MUTUAL BANK, FA COUNTERCLAIM TO THE PLAINTIFFS' SECOND AMENDED COMPLAINT

Plaintiffs Richard Belini and Theresa Luscier-Belini ("Plaintiffs") by and through their attorney, Christopher M. Lefebvre, hereby answer the Defendant's Counterclaim to the Plaintiffs' Second Amended Complaint filed by the Defendant Washington Mutual Bank, FA ("Defendant"), and state:

1. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 1 and 4 of the Defendant's Counterclaim.

2. Plaintiffs admit the allegations set forth in paragraphs 2, 5, 6 and 9 of the Defendant's Counterclaim.

3. Plaintiffs deny the allegations set forth in paragraphs 3, 7 and 11 of the Defendant's Counterclaim.

4. The remainder of the Defendant's Counterclaim is a prayer for relief to which "Plaintiffs" are not required to respond. To the extent that a further response may be required, "Plaintiffs" pray that the Defendant's Counterclaim be dismissed with prejudice and that the Court enters a judgment in Plaintiffs favor on all counts of the Second Amended Complaint, that "Plaintiffs" be awarded their cost and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiffs Richard Belini and Theresa Luscier-Belini pray that the Court

dismiss the Defendant's Washington Mutual Bank, FA Counterclaim requesting Declaratory Relief.

> Respectfully submitted,
>
> /s/Christopher M. Lefebvre
> LAW OFFICES OF CLAUDE
>    LEFEBVRE & SONS
> P.O. Box 479
> Pawtucket, RI 02862
> (401) 728-6060
> (401) 728-6534 (FAX)
> BBO# 629056

## CERTIFICATION

I hereby certify that a copy of the Answer of Plaintiffs Richard Belini and Theresa Luscier-Belini to Defendant's Washington Mutual Bank, FA Counterclaim to the Second Amended Complaint was electronically filed on May 3, 2006 to:

Bruce Allenworth
(ballenworth@klng.com)
Brian M. Forbes
(bforbes@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109