UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD BELINI, et al.,            )
        Plaintiffs    )
                      )
                      )
v.                                 )    Civil Action No. 04-30083-MAP
                      )
                      )
WASHINGTON MUTUAL BANK, FA,        )
        Defendant     )

SETTLEMENT ORDER OF DISMISSAL
May 12, 2006

The court, having been advised on May 12, 2006, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk